*In re* APPORTIONMENT OF WASHTENAW COUNTY BOARD
OF SUPERVISORS—1968.

PETITION OF SALLADE.

COUNTIES — BOARD OF SUPERVISORS — APPORTIONMENT — VALIDITY — VARIANCES.

> Plan for apportionment of Washtenaw County Board of Supervisors into 13 districts with a maximum population variance ratio 1:1.14 *held,* constitutional under record presented.

Original statutory action in Court of Appeals to review apportionment plan. Submitted Division 2 July 16, 1968, at Lansing. (Docket No. 5,758.) Decided October 23, 1968.

Petition by George Wahr Sallade for statutory review of apportionment plan for the Washtenaw County Board of Supervisors. Plan declared valid.

*George Wahr Sallade, in propria persona.*

*William F. Delhey,* Washtenaw County Prosecuting Attorney, for the people.

PER CURIAM. On June 7, 1968, the Washtenaw county apportionment commission filed the apportionment plan contested in this action, pursuant to PA 1966, No 261, MCLA, §§ 46.401–46.415 (Stat Ann 1968 Cum Supp §§ 5.359[1]–5.359[15]), with the Washtenaw county clerk. Thereafter, plaintiff filed a petition and a brief in support thereof with

REFERENCE FOR POINTS IN HEADNOTE
25 Am Jur 2d, Elections § 31.

this Court for a review of the plan.  Defendant filed
a one-page answer, but failed to brief the issues.
The cause was submitted to the panel on July 16,
1968.   The cause was reviewed on the pleadings
and exhibits filed herein.

The apportionment plan provides for 13 supervi-
sor districts.  The largest is district No 8, with a pop-
ulation of 13,702, and the smallest is district No 1
with 12,013.  All population figures are based on the
1960 Federal decennial census with appropriate cor-
rections to meet the guideline set forth in MCLA,
§ 46.404 subd (g) (Stat Ann 1968 Cum Supp § 5.359
[4] subd [g]).  The total county population under
the plan is 167,461, with an average population of
12,881.6 per district.  The maximum population var-
iance ratio is 1:1.14.  Under the plan, it takes the
votes of electors in districts containing 52.09% of the
population to elect a majority of the board of super-
visors.  The largest district is 6.37% above the aver-
age and the smallest 6.74% below the average.

A review of the plan filed and the challenges made
to it does not disclose a violation of constitutional
requirements for the apportionment of county su-
pervisor districts.  See: *Avery* v. *Midland County*
(1968), 390 US 474 (88 S Ct 1114, 20 L Ed 2d 45);
*Reynolds* v. *Sims* (1964), 377 US 533 (84 S Ct 1362,
12 L Ed 2d 506).

Plaintiff also attacks the plan under review on
the basis of alleged violations of other statutory
guidelines and grounds outside of the statute.  We
are not persuaded by plaintiff's presentation that
there is any merit in his arguments on the point so
raised.

The relief sought in plaintiff's petition is hereby
denied.

LESINSKI, C. J., and J. H. GILLIS and LEVIN, JJ.,
concurred.